1
Ronald Freshman, SBN 225136
45050 Casas de Mariposa
2
Indian Wells, CA 92210
3
Telephone:  858-756-8288
Facsimile:  206-424-0744
4
Cell:  619-917-7666
E-Mail:  ron@ronfreshman.com
5

6
Attorney for Plaintiff, Jeanine Mercer

7

E-FILED 06/20/12

JS-6

8              IN THE UNITED STATES DISTRICT COURT

9              OF THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 | CASE NO: ED CV 11-1831-PSG (SPx) |
| JEANINE MERCER, an individual, ) | |
| 11                               ) | [PROPOSED] ORDER GRANTING |
|          Plaintiff,              ) | PLAINTIFF'S AND DEFENDANTS' |
| 12                               ) | VOLUNTARY DISMISSAL WITH |
| v.                               ) | PREJUDICE |
| 13                               ) | |
| AMERICAN BROKERS CONDUIT, an entity) | |
| 14  of unknown form, MORTGAGE      ) | |
| ELECTRONIC REGISTRATION SYSTEMS ) | |
| 15  INC.(MERS) A Delaware corporation; ) | |
| RESIDENTIAL CREDIT SOLUTIONS, INC.,) | |
| 16  a Texas Corporation; NATIONAL DEFAULT ) | |
| SERVICING CORPORATION, an Arizona  ) | |
| 17  Corporation; TICOR TITLE, a California ) | |
| Corporation; and DOES 1 TO 100, inclusive, ) | |
| 18                               ) | |
|          Defendants.             ) | |
| 19                               ) | |
| 20                               ) | |

21        The Plaintiff and Defendants request for Voluntary Dismissal With Prejudice came on

22  regularly for consideration before this Court, by and through counsels of record written

23  stipulation, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for a voluntary

24  dismissal of all claims asserted against all Defendants, with prejudice, in the above- captioned

25  matter.

///

26  ///

27  ///

28

 PROPOSED] ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' VOLUNTARY
DISMISSAL WITH PREJUDICE                                                    1

1

2 **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's and Defendants' request

3 this Court enter an Order dismissing the entire lawsuit from the above-captioned matter with

4 prejudice and the Parties' further request this Court retain jurisdiction of the above- captioned

5 matter should there be need to enforce the terms of the Settlement Agreement., is **GRANTED,**

6

7 Dated: June __20__ , 2012

8 ## PHILIP S. GUTIERREZ

9 Judge of the U.S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 PROPOSED] ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' VOLUNTARY
DISMISSAL WITH PREJUDICE

2